UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DON CARR,<br><br>             Plaintiff,<br><br>     vs.<br><br>HOMELAND PATROL DIVISION SECURITY, LLC, JOSHUA STIVERS, STEPHEN PANSINI, BOLD IP, PLLC, and JOHN HOUVENER,<br><br>             Defendants. | NO. 2:23-cv-00417-TL<br><br>ORDER EXTENDING INITIAL SCHEDULING DATE |

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the stipulated motion to extend initial scheduling deadlines (Dkt. No. 26) is GRANTED in part, as to the joint status report deadline, and DENIED in part, as to the deadline to respond to the Complaint.

Finding good cause, the following deadline is RESET as follows:

| Event | | Old Date | New Date |
|---|---|---|---|
| Joint Status Report: | | 6/22/2023[1] | 7/13/2023 |
| ~~Answer to the complaint by Homeland Patrol Division Security, LLC, Joshua Stivers, and Stephen Pansini:~~[2] | | ~~6/20/2023~~ | ~~7/11/2023~~ |

---

[1] This date was incorrectly listed as June 8. Dkt. No. 26. June 22, 2023, is the correct date. Dkt. No. 18.

[2] This requested extension is moot, as the listed Defendants filed their answer on June 20. Dkt. No. 27. The Parties are reminded to file motions for extensions of time at least three business days in advance of the expiration of the relevant deadline. *See* Judge Tana Lin, Standing Order for All Civil Cases Section III.A (last updated June 16, 2023), https://www.wawd.uscourts.gov/sites/wawd/files/LinStandingOrderreCivilCases_0.pdf.

ORDER EXTENDING INITIAL SCHEDULING DATE – 1
2:23-cv-00417-TL

279659001v.1

It is so ordered.

Dated this 21st day of June, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER EXTENDING INITIAL SCHEDULING DATE – 2
2:23-cv-00417-TL

279659001v.1