UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK D. WALDRON, TRUSTEE, FOR THE BANKRUPTCY ESTATE OF DON CARR,<br><br>Plaintiff,<br><br>v.<br><br>HOMELAND PATROL DIVISION SECURITY, LLC, JOSHUA STIVERS, STEPHEN PANSINI, BOLD IP, PLLC, and JOHN HOUVENER,<br><br>Defendants. | Civil Action No. 2:23-cv-00417-TL<br><br>STIPULATED MOTION & ORDER TO EXTEND JOINT STATUS REPORT<br><br>NOTE ON MOTION CALENDAR:<br>July 12, 2023 |

All parties in this action jointly stipulate and move the Court to extend the date on which the joint status report is to be submitted, in order to allow the parties to further pursue settlement and to potentially avoid complicated tasks required by the Local Patent Rules.

The joint status report is presently due on July 13, 2023. The parties have been actively engaged in settlement discussions and believe they can achieve a settlement within the next 30 days. As such, they would prefer to direct their efforts toward settlement discussions. The parties have concerns that the joint status report will include certain disagreements which will require the involvement of the Court to resolve. Considering the status of settlement discussions,

STIPULATED MOTION & ORDER TO EXTEND
JOINT STATUS REPORT - 1
Civil Action No. 2:23-cv-00417-TL

the parties believe it is in their interest and in the interest of judicial economy if the deadline for submission of the joint status report is extended by an additional 30 days. To that end, the parties stipulate and request that the joint status report deadline be extended to August 17, 2023.

Stipulated and submitted this 12th day of July, 2023.

| LOWE GRAHAM JONES PLLC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| s/ Lawrence D. Graham<br>Lawrence D. Graham, WSBA No. 25,402<br>Graham@LoweGrahamJones.com<br>1325 Fourth Avenue, Suite 1130<br>Seattle, Washington 98101<br>(206)-381-3300<br><br>*Attorneys for Plaintiff* | s/ Carinne E. Bannan<br>s/ Dirk J. Muse<br>Carinne Bannan, WSBA No. 52564<br>Carinne.Bannan@wilsonelser.com<br>Dirk Muse, WSBA No. 28911<br>Dirk.Muse@wilsonelser.com<br>520 Pike Street, Suite 1515<br>Seattle, Washington 98101<br>(206) 709-5899<br><br>*Attorneys for Bold IP PLC and John Houvener*<br><br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br><br>s/ Christie R. W. Matthaei<br>s/ Logan P. Young<br>Christie R. W. Matthaei, WSBA No. 44456<br>Christie.Matthaei@knobbe.com<br>Logan P. Young, WSBA No. 58583<br>Logan.Young@knobbe.com<br>925 Fourth Ave. Ste. 2500<br>Seattle, Washington 98104<br>(206) 405-2000<br><br>*Attorneys for defendants HPDS, Joshua Stivers, and Stephen Pansini* |

STIPULATED MOTION & ORDER TO EXTEND
JOINT STATUS REPORT - 2
Civil Action No. 2:23-cv-00417-TL

**ORDER**

Pursuant to the Parties' stipulation (Dkt. No. 30), the joint status report deadline is extended to **August 17, 2023**.

IT IS SO ORDERED.

Dated this 13th day of July, 2023.

                                            Tana Lin
                                            United States District Judge