UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK D. WALDRON, trustee for the bankruptcy estate of DON CARR,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>HOMELAND PATROL DIVISION SECURITY LLC et al,<br><br>　　　　　　　　Defendants. | CASE NO. 2:23-cv-00417-TL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR STIPULATED DISMISSAL |

All Parties in this action jointly stipulated and moved the Court to extend **to December 31, 2023**, the date on which a stipulated dismissal is to be submitted, in order to allow the Parties to completely perfect the settlement. Dkt. No. 33.

IT IS SO ORDERED.

Dated this 15th day of November 2023.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Tana Lin_
　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR STIPULATED DISMISSAL - 1