Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARK D. WALDRON, TRUSTEE, FOR THE BANKRUPTCY ESTATE OF DON CARR,<br><br>            Plaintiff,<br><br>            v.<br><br>HOMELAND PATROL DIVISION SECURITY, LLC, JOSHUA STIVERS, STEPHEN PANSINI, BOLD IP, PLLC, and JOHN HOUVENER,<br><br>            Defendants. | Civil Action No. 2:23-cv-00417-TL<br><br>STIPULATED DISMISSAL<br><br>Note on Motion Calendar:<br>December 26 2023 |

All parties in this action jointly state that they have settled all claims asserted in this action, and on that basis stipulate and jointly move the Court to dismiss all claims in this action, with prejudice, with each party bearing its own costs and fees.

///

///

///

///

STIPULATED DISMISSAL - 1
Civil Action No. 2:23-cv-00417-TL
DJCA-6-0001 P08 Stip

LOWE GRAHAM JONES ᴾᴸᴸᶜ

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1    Stipulated and submitted this 26th day of December, 2023.

2    LOWE GRAHAM JONES PLLC            WILSON, ELSER, MOSKOWITZ, EDELMAN
                                       & DICKER LLP
3    s/ Lawrence D. Graham
     Lawrence D. Graham, WSBA No. 25,402    s/ Carinne E. Bannan
4    Graham@LoweGrahamJones.com        s/ Dirk J. Muse
     1325 Fourth Avenue, Suite 1130    Carinne Bannan, WSBA No. 52564
5    Seattle, Washington 98101         Carinne.Bannan@wilsonelser.com
     (206)-381-3300                    Dirk Muse, WSBA No. 28911
6                                      Dirk.Muse@wilsonelser.com
     *Attorneys for Plaintiff*         520 Pike Street, Suite 1515
7                                      Seattle, Washington 98101
                                       (206) 709-5899
8
                                       *Attorneys for Bold IP PLC and John Houvener*
9
                                       KNOBBE, MARTENS, OLSON & BEAR, LLP
10
                                       s/ Christie R. W. Matthaei
11                                     s/ Logan P. Young
                                       Christie R. W. Matthei, WSBA No. 44456
12                                     Christie.Matthaei@knobbe.com
                                       Logan P. Young, WSBA No. 58583
13                                     Logan.Young@knobbe.com
                                       925 Fourth Ave. Ste. 2500
14                                     Seattle, Washington 98104
                                       (206) 405-2000
15
                                       *Attorneys for defendants HPDS, Joshua Stivers,*
16                                     *and Stephen Pansini*

17
                                 **ORDER**
18
     Pursuant to the Parties' stipulation, IT IS SO ORDERED.
19
     Dated this 27th day of December 2023.
20

21

22   _____
     Tana Lin
23        United States District Judge

24

STIPULATED DISMISSAL - 2
Civil Action No. 2:23-cv-00417-TL
DJCA-6-0001 P08 Stip

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301